No. 8466.

SHERWIN *v.* THE UNITED STATES OF AMERICA.

*Error to Montrose District Court, Hon. Thomas J. Black, Judge.*

Messrs. DINES, DINES & HOLME and Mr. K. B. TOWNSEND for plaintiff in error.

HARRY B. TEDROW, MORRIS & GRANT, R. F. ARMSTRONG, RAYMOND J. McPHEE, CATLIN & BLAKE, SHERMAN & SHERMAN for defendants in error.

Mr. Justice White delivered the opinion of the court.

Each party to this case is a party, either as paintiff in error or defendant in error, in McPhee v. United States case No. 8434, which has just been determined.

The controlling facts of the cases are identical and constituted but one case in the trial court. After judgment in this Court the cases were consolidated. The opinion in No. 8434 determines the questions in this case and the same orders there entered will be entered here.

Judgment affirmed in part and reversed in part.

Chief Justice Hill and Mr. Justice Bailey concurring.

---

No. 9092.

COLLARD *v.* HOHNSTEIN.

*Error to Logan District Court, Hon. Haslett P. Burke, Judge.*

Mr. W. L. HAYS, for plaintiff in error.

Messrs. MUNSON, KEATING & MUNSON, for defendant in error.

Mr. Justice Bailey delivered the opinion of the Court.

The only question involved in this case is substantially and in legal effect identical with that determined in I. R. Collard v. H. P. Hohnstein, 174 Pac. 596 handed down at this term of the Court. The opinion in that case is controlling here. The judgment of the trial court is therefore affirmed.

*Judgment affirmed.*

Mr. Chief Justice Hill and Mr. Justice Allen concur.